# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **Garth Middaugh,** | ) | Chapter 7 |
| | ) | Case No. 2:24-bk-00008 |
| | ) | Judge Mashburn |
| Debtor. | ) | |

## NOTICE OF FILING OF CONVERSION SCHEDULES AND ADDITION OF CREDITOR TO SCHEDULE E/F

Comes Now, Garth Middaugh, as Debtor (the "Debtor"), by and through his undersigned counsel, and hereby files this notice in order to reflect the addition of the following creditor(s) to the Debtor's converted Chapter 7 Schedules and case:

The following creditor(s) are added to Schedule E/F:

Bluegreen Vacation Club
P.O. Box 630980
Cincinnati, OH 45263-0980

Dated: July 22, 2025.

                                              Respectfully Submitted,

                                              /s/ Justin T. Campbell
                                              Justin T. Campbell (TN Bar No. 031056)
                                              Thompson Burton PLLC
                                              1801 West End Avenue, Suite 1550
                                              Nashville, TN 37203
                                              Tel:    615.465.6015
                                              Email: justin@thompsonburton.com

                                              *Counsel for Debtor*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was filed with the Court's CM/ECF filing system and served on all parties electing service through the CM/ECF service in the above-referenced case this 22nd day of July, 2025.

                                                       /s/ Justin T. Campbell
                                                       Justin T. Campbell